**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Agsouth Genetics LLC v. Georgia Farm Services LLC

No. 14-1571

**<u>Unopposed Motion For Extension Of Time To File Appellant's Brief</u>**

Pursuant to Federal Circuit Rules 26 and 27, Appellant Georgia Farm Services, LLC ("Georgia Farm") hereby moves for an extension of time to file its Appellant's Brief until October 17, 2014, which date is sixty (60) days after the current deadline of August 25, 2014. The requested extension is necessary in order to allow the district court's reporter sufficient time to complete the transcript of the trial of this matter, and to allow counsel sufficient time thereafter to review and analyze the transcript for use in connection with Appellant's Brief.

In support of this motion, Georgia Farm shows that this motion is being made at least seven (7) days before the due date sought to be extended. Georgia Farm shows further that before filing this motion it informed all parties that it would file this motion, and was informed that no parties object to or will oppose the requested extension.

In further support of this motion, Georgia Farm shows that

(A)   The current deadline for Georgia Farm to file its primary brief is August 25, 2014;

(B)   The extended date sought by this motion is October 17, 2014;

(C)  The extended date sought is sixty (60) days from the current deadline; and

(D)  No previous extensions have been requested or granted.

This motion is being filed at least seven (7) days before the current deadline for filing Appellant's Brief of August 25, 2014, and is accompanied by the declaration of undersigned counsel showing good cause for the extension in that the trial transcript is not yet complete, and that the factual and legal complexities involved in this case require the additional time after the transcript is received.

For the foregoing reasons and for good cause shown, Georgia Farm respectfully requests that the Court grant this unopposed motion and extend the deadline by which it must file its Appellant's Brief for a period of sixty (60) days, through and including October 17, 2014.

Respectfully submitted, this 18th day of August, 2014.

        KENT LAW, P.C.

        /s/Daniel A. Kent
        Daniel A. Kent
        Georgia Bar Number 415110
        dan@kentiplit.com
        555 N Point Ctr E Ste 400
        Alpharetta, GA 30022
        Tel:  (404) 585-4214
        Fax:  (404) 829-2412

        Attorney for Appellant
        Georgia Farm Services, LLC

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AGSouth Genetics LLC   v.  Georgia Farm Services LLC

No. 14-1571

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Georgia Farm Services LLC

Daniel A. Kent certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Georgia Farm Services LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Joseph W. Dent (Watson Spence); Charles Edward Peeler (Flynn Peeler & Phillips, LLC); Henry E. Williams and W. Earl McCall (McCall Williams); and Daniel A.Kent (Kent Law, P.C.)

July 10, 2014
Date

/s/Daniel A. Kent
Signature of counsel

Daniel A. Kent
Printed name of counsel

Please Note: All questions must be answered
cc: Counsel of Record

## PROOF OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Cecil Duff Nolan, Jr.: dn@nolanlawgrouppllc.com

This 18th day of August, 2014.

        KENT LAW, P.C.

        /s/Daniel A. Kent
        Daniel A. Kent
        Georgia Bar Number 415110
        dan@kentiplit.com
        555 N Point Ctr E Ste 400
        Alpharetta, GA 30022
        Tel: (404) 585-4214
        Fax: (404) 829-2412

        Attorney for Appellant
        Georgia Farm Services, LLC